# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 17 1996
JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

No. 96-2181EAJ

Jessica Spurlock, etc.,

    Appellant,

vs.

J. Larry Lawson, M.D.,

    Appellee.

\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas

J-C-92-226

Appellee's motion for costs and attorney's fees has been considered by the Court and is denied.

June 13, 1996

A true copy.

    ATTEST: *Michael E. Gans*

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT